AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Aaron Donald Sauer<br>DOB: XXXXXX<br><br>_Defendant(s)_ | Case: 1:24-mj-00047<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 2/6/2024<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 231(a)(3) and 2 – Civil Disorder; | |
| 18 U.S.C. § 111(a)(1) – Assaulting, Resisting, or Impeding Certain Officers; | |
| 18 U.S.C. §§ 1361 and 2 – Destruction of Government Property; | |
| 18 U.S.C. § 1752(a)(1) and (b)(1)(A) – Knowingly Entering or Remaining in any Restricted Building or Grounds with a Deadly or Dangerous Weapon; | |
| 18 U.S.C. § 1752(a)(2) and (b)(1)(A)– Disorderly Conduct in any Restricted Building or Grounds with a Deadly or Dangerous Weapon; | |
| 18 U.S.C. § 1752(a)(4) and (b)(1)(A) – Knowingly Engaging in Act of Physical Violence in any Restricted Building or Grounds; | |
| 40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct on Capitol Grounds; | |
| 40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence on Capitol Grounds; | |
| 40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __02/06/2024__                                  _____
                                                                            _Judge's signature_

City and state:        Washington, D.C.                G. Michael Harvey, U.S. Magistrate Judge
                                                                            _Printed name and title_