AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

Aaron Donald Sauer

)
)
)
)
)
)
)

Case: 1:24-mj-00047
Assigned To : Harvey, G. Michael
Assign. Date : 2/6/2024
Description: Complaint W/ Arrest Warrant

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                              Aaron Donald Sauer                              ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☒ Complaint

❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 231(a)(3) and 2 – Civil Disorder;
18 U.S.C. § 111(a)(1) – Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. §§ 1361 and 2 – Destruction of Government Property;
18 U.S.C. § 1752(a)(1) and (b)(1)(A) – Knowingly Entering or Remaining in any Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(2) and (b)(1)(A)– Disorderly Conduct in any Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(4) and (b)(1)(A) – Knowingly Engaging in Act of Physical Violence in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     02/06/2024

Digitally signed by G. Michael Harvey
Date: 2024.02.06 10:41:40 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  02/06/2024 , and the person was arrested on *(date)*  02/07/2024
at *(city and state)*  Syracuse, NY .

Date:  02/07/2024

*Arresting officer's signature*

KEVIN BUTTENSCHON, TFO
*Printed name and title*